# United States Bankruptcy Court
## District of Kansas

In re: **Matthew James Ayres**  
**Deborah Suzanne Ayres**  
Debtor(s)

Case No. **09-11247**  
Chapter **7**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number

1. Creditor (name and address): **Cash Net USA**  
   **200 W Jackson Blvd, Suite 2400, Chicago, IL 60606**

2. Claim (amount owed, nature of claim, date incurred):  
   Amount owed: **Unknown**  
   Nature of claim: _____  
   Date incurred: _____

3. This claim has been scheduled as (Check one box):  
   ☐ secured;   ☐ priority;   ☒ general unsecured

4. Trustee, if one has been appointed: Linda S. Parks

5. Original deadline for filing proofs of claim: 07/30/2009

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☒ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☒ This claim was added to the schedules after the deadline for filing claims stated above

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____]

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date

**Michael J. Studtmann 12562**   **6235 West Kellogg Drive**  
**Wichita, KS 67209**  
Attorney for Debtor(s) (type name and address)

Certificate of Service: I, **Michael J. Studtmann 12562**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

/s/ Michael J. Studtmann  
Michael J. Studtmann 12562  
Signature